UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRET NEAL,              )   CASE NO. C08-1007-JCC
                        )
    Plaintiff,          )
                        )
    v.                  )   REPORT & RECOMMENDATION
                        )
C/O BRUNK,              )
                        )
    Defendant.          )
_____)

On June 27, 2008, plaintiff submitted a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 1). The Court screened the complaint pursuant to 28 U.S.C. § 1915A, discovered several deficiencies, and on July 16, 2008, issued an Order granting plaintiff 30 days in which to file an amended complaint. (Dkt. No. 6). The Order advised plaintiff that if he failed to file an amended complaint within that time period, the Court would recommend that this matter be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. (Dkt. No. 6 at 2). To date, plaintiff has not filed an amended complaint nor sought an extension of time in which to do so. Accordingly, the Court recommends that this matter be dismissed. A proposed Order is attached.

DATED this 26th day of August, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

REPORT & RECOMMENDATION
PAGE -1